FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MELVIN WILLIS, | ) |
| Petitioner, | ) |
| v. | ) CV 305-162 |
| DON JARRIEL, Warden, | ) |
| Respondent. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the petition is **DISMISSED**, the civil action is **CLOSED**, and an appropriate judgment of dismissal shall be entered in favor of Respondent.

SO ORDERED this 13 day of March, 2006.

JOHN F. NANGLE, JUDGE
UNITED STATES DISTRICT COURT